IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUGUSTIN MELENDEZ-RIVERA, <br> Reg. No. 28871-069, <br> Petitioner, <br> v. <br> WALTER WOODS, <br> Respondent. | CIVIL ACTION NO. 2:18-CV-173-WHA |

## ORDER

On June 21, 2018, the Magistrate Judge entered a Recommendation (Doc. #13) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The 28 U.S.C. § 2241 petition for habeas corpus relief filed by Petitioner is DENIED.

3. This case is DISMISSED with prejudice as moot since a more favorable decision on the merits would not entitle Petitioner to any additional habeas relief.

A separate Final Judgment will be entered.

DONE this 13th day of July, 2018.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE